UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHERINE HONOR RICH,<br><br>                    Plaintiff,<br><br>    v.<br><br>EXECUTIVE OFFICE OF<br>IMMIGRATION REVIEW,<br><br>                    Defendant. | Case No. C20-1220-RAJ-MLP<br><br>ORDER RE: STATUS UPDATE |

On August 12, 2020, Plaintiff Katherine Rich, an attorney proceeding *pro se*, filed a complaint in this action seeking immigration documents from a Freedom of Information Act ("FOIA") request to Defendant Executive Office of Immigration Review concerning copies of her client O.L.R.'s, and his wife F.D.J.R.A.'s, records from their consolidated removal proceedings. (Dkt. # 1 at 1, 5.) Plaintiff's requested relief in the complaint included: (1) judgment in her favor and against Defendant; (2) an order enjoining Defendant from any further delay in responding to Plaintiff's FOIA request; (3) an order compelling Defendant to respond to Plaintiff's FOIA request within 5 business days of judgment; (4) an award of reasonable attorney's fees; (5) an award of reasonable litigation costs; and (6) any further relief the Court deems just and proper. (*Id.* at 5.)

ORDER RE: STATUS UPDATE - 1

On September 22, 2020, Plaintiff served this action to Defendant by certified mail, and on September 24, 2020, Plaintiff received the requested records from Defendant. (Dkt. # 5 at 3.) On October 19, 2020, Plaintiff filed a motion for attorney's fees based on Defendant's delay in processing her FOIA request. (*Id.*) On January 6, 2021, this Court determined Plaintiff was ineligible to recover attorney's fees under FOIA. (Dkt. # 12.) Since that date, no further activity has occurred in this case.

As Plaintiff has now received the requested FOIA records for F.D.J.R.A. and O.L.R from Defendant, and because the issue of attorney's fees has been ruled on by this Court, Plaintiff is directed to file a status update by **February 22, 2021**, concerning whether there are any other pending issues to address in this matter and/or whether a scheduling order should be issued. The Clerk is directed to send copies of this Order to the parties and to the Honorable Richard A. Jones.

Dated this 11th day of February, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER RE: STATUS UPDATE - 2